IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD L. MAJOR,

    Petitioner,

v.

SUPERINTENDENT: CLERK; et al,

    Respondents.

CIVIL ACTION
NO. 16-5106

## ORDER

**AND NOW**, this 17TH day of July, 2019, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability[1].

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] I note that despite requesting and receiving two extensions of time in which to file objections to the Report and Recommendation in this matter, Petitioner failed to do so.